

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: May 27, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    **ROGER D. SATCHER**                                                                                                   **CASE NO. 22-50699 KMS**
    **CATHERINE LEA SATCHER**

    **DEBTORS.**                                                                                                                          **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Modify Chapter 13 Plan filed by the Debtors (the "Motion") (Dkt. #70) and the Court having considered the facts herein, finds that the hearing on May 27, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for June 20, 2025, at 10:30 a.m, in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841