United States Bankruptcy Court
Southern District of Mississippi

In re:                      Case No. 22-50699-KMS
Roger D Satcher          Chapter 13
Catherine Lea Satcher
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6       User: mssbad       Page 1 of 2
Date Rcvd: May 27, 2025       Form ID: pdf012       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

**Recip ID**       **Recipient Name and Address**
db/jdb            + Roger D Satcher, Catherine Lea Satcher, 6211 Marion Drive, Marion, MS 39342-9441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

**Name**          **Email Address**

David Rawlings
         on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
         ecfnotices@rawlings13.net sduncan@rawlings13.net

Eric C Miller
         on behalf of Creditor PHH Mortgage Corporation logsecf@logs.com

Jennifer A Curry Calvillo
         on behalf of Joint Debtor Catherine Lea Satcher jennifer@therollinsfirm.com
         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
         on behalf of Debtor Roger D Satcher jennifer@therollinsfirm.com
         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 27, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Karen A. Maxcy
    on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Stacey L Strain
    on behalf of Creditor BANKFIRST FINANCIAL SERVICES strain@hubbardmitchell.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Catherine Lea Satcher trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Roger D Satcher trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: May 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
   ROGER D. SATCHER                       CASE NO. 22-50699 KMS
   CATHERINE LEA SATCHER

   DEBTORS.                                               CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Modify Chapter 13 Plan filed by the Debtors (the "Motion") (Dkt. #70) and the Court having considered the facts herein, finds that the hearing on May 27, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for June 20, 2025, at 10:30 a.m, in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841