# Proceeding Minutes / Proceeding Memo

**Case #:** 22-50699        **Case Name:** Roger D Satcher and Catherine Lea Satcher

**Set:** 06/20/2025 10:30 am    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter**  Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 2/24/2025 Filed by Joint Debtor Catherine Lea Satcher, Debtor Roger D Satcher Objections due 03/26/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #70)

Response filed by the Trustee (Dkt. #71)

---

Minute Entry Re: (related document(s): [70] Motion and 30 Day Notice to Modify Plan filed by Catherine Lea Satcher, Roger D Satcher) Appearances: Brian Wilson. Wilson will submit agreed order as stated at hearing. Order due by 07/07/2025. (cwe)