

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROGER D. SATCHER and CATHERINE LEA SATCHER, DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-50699-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON DDEBTORS' MOTOIN AND
NOTICE TO MODIFY CHAPTER 13 PLAN**

THIS DAY, THIS CAUSE came on to be considered on the Debtors' Motion and Notice To Modify Chapter 13 Plan (Docket No.70), and the Truste's Response (Docket No. 71). Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $25,000.00 to the timely filed and allowed unsecured creditors. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtors must make payments as specified by modification.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
 Attorney For the Debtor(s)

Submitted and Approved By:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee PO Box 566
Hattiesburg, MS  39403
(601) 582-5011 Miss. Bar No. 99994
bwilson@rawlings13.net

-1-

-2-