United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50699-KMS
Roger D Satcher  Chapter 13
Catherine Lea Satcher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jun 30, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

**Recip ID      Recipient Name and Address**
db/jdb      + Roger D Satcher, Catherine Lea Satcher, 6211 Marion Drive, Marion, MS 39342-9441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

**Name      Email Address**

David Rawlings
     on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
     ecfnotices@rawlings13.net sduncan@rawlings13.net

Eric C Miller
     on behalf of Creditor PHH Mortgage Corporation logsecf@logs.com

Jennifer A Curry Calvillo
     on behalf of Joint Debtor Catherine Lea Satcher jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
     on behalf of Debtor Roger D Satcher jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 30, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Karen A. Maxcy
 on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com
 BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Samuel J. Duncan
 on behalf of Trustee David Rawlings sduncan@rawlings13.net

Stacey L Strain
 on behalf of Creditor BANKFIRST FINANCIAL SERVICES strain@hubbardmitchell.com

Thomas Carl Rollins, Jr
 on behalf of Joint Debtor Catherine Lea Satcher trollins@therollinsfirm.com
 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
 on behalf of Debtor Roger D Satcher trollins@therollinsfirm.com
 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
 USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 30, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROGER D. SATCHER and CATHERINE LEA SATCHER, DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-50699-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON DDEBTORS' MOTOIN AND NOTICE TO MODIFY CHAPTER 13 PLAN

THIS DAY, THIS CAUSE came on to be considered on the Debtors' Motion and Notice To Modify Chapter 13 Plan (Docket No.70), and the Truste's Response (Docket No. 71). Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $25,000.00 to the timely filed and allowed unsecured creditors. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtors must make payments as specified by modification.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
 Attorney For the Debtor(s)

Submitted and Approved By:

/s/ Brian C. Wilson, Attorney for Chapter 13 Trustee PO Box 566
Hattiesburg, MS 39403
(601) 582-5011 Miss. Bar No. 99994
bwilson@rawlings13.net

-1-

-2-