**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Roger D Satcher** **Case No. 22-50699-KMS**
**Catherine Lea Satcher, Debtors** **CHAPTER 13**

**SUGGESTION OF DEATH**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Roger D Satcher ("Debtor") who is the husband of Joint Debtor, notes the death during the pendency of this action of Catherine Lea Satcher ("Joint Debtor"). In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, the Debtor believes that further administration of this case is possible and is in the best interest. The Debtor prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533